UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Helen J Ellis | ) | Case No. 15-48117-659 |
| | ) | Chapter 13 Proceeding |
| Debtor | ) | |
| | ) | Doc. 45 |
| v. | ) | . |
| Prestige Financial Services | ) | |
| Creditor/Respondent | ) | |

### DEBTOR(S) CERTIFICATION CONCERNING OBJECTION TO CLAIM 2-1 OF PRESTIGE FINANCIAL SERVICES

The undersigned certifies that all entities entitled to notice of Debtor's Objection to Claim 2-1 of Prestige Financial Services in accordance with the Local Bankruptcy Rules have been served with the foregoing objection and the time for a response has passed. The undersigned has received no response to Debtor's objection. Movant requests the Court enter the proposed Order set forth below.

/s/ Ross Briggs #2709 MBE 31633

4144 Lindell Blvd, Ste 202
Attorney at Law
St. Louis, MO 63108
Counsel for Debtor
314-652-8922
r-briggs@sbcglobal.net

### ORDER

At St. Louis, Missouri, in this District, upon notice, certification by Debtor's counsel, and consideration of the record as a whole, it is HEREBY ORDERED that Debtor's Objection to Claim 2-1 of Prestige Financial Services is SUSTAINED; Claim 2-1 of Prestige Financial Services shall be allowed as a secured claim in the amount of $8,000.00 and the balance of the claim shall be allowed as a general unsecured claim.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: October 3, 2017
St. Louis, Missouri
rjb

Copies To:

Diana Daugherty, Chapter 13 Trustee, PO Box 430908, St Louis MO 63143
Helen J. Ellis 11308 Windale Dr. # 4 Saint Ann, MO 63074, Debtor
Ross Briggs, 4144 Lindell, Ste 202, St. Louis, MO 63108, Attorney for Debtor
Prestige Financial Services PO Box 26707 Salt Lake City, UT 84126